UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kellie Allard</u>

       v.

                              Civil No. 13-cv-82-JL

<u>US Social Security Administration,
Commissioner</u>

## O R D E R

On November 19, 2012, the complaint in this case was filed at the U.S. District Court for the District of Massachusetts.  Service documents were issued and service was made on the Social Security Administration in Baltimore, Maryland, the U.S. Attorney General in Washington, DC and the U.S. Attorney's Office in Boston, Massachusetts.

On January 28, 2013, in lieu of an Answer being filed, defendant filed an Assented to Motion to Transfer the Case to the District of New Hampshire. This motion was granted on February 20, 2013 and the case was transferred here on February 22, 2013.

By agreement of counsel for the plaintiff, the US Attorney for the District of New Hampshire shall answer plaintiff's complaint within 60 days of the date the case was transferred, on or before April 23, 2013.

SO ORDERED.

                                              /s/ Joseph N. Laplante
                                              Joseph N. Laplante
                                              Chief Judge

Date: April 11, 2013

cc:  Mark J. Alves, Esq.
     Roger D. Turgeon, Esq.
     U. S. Attorney's Office, New Hampshire